UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.    MJ07-472 |
| ) | |
| v.                      ) | |
| ) | |
| ) | DETENTION ORDER |
| HENRY REDLIGHTNING,        ) | |
| ) | |
| Defendant.        ) | |
| _____) | |

Offense charged:

      Count I:     Murder in the First Degree, in violation of Title 18, U.S.C., Section
111.

Date of Detention Hearing: October 3, 2007

      The Court, having conducted a contested detention hearing pursuant to Title 18
U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention
hereafter set forth, finds that no condition or combination of conditions which the defendant
can meet will reasonably assure the appearance of the defendant as required and the safety
of any other person and the community.  The Government was represented by Matthew
Diggs and Michael Lang.  The defendant was represented by Michael Filipovic.

DETENTION ORDER
PAGE -1-

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    There is probable cause to believe the defendant committed the offense of murder in the first degree.  The maximum penalty is in excess of ten years.  There is therefore a rebuttable presumption against the defendant's release based upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e).

(2)    The record consists of a criminal complaint and a Pretrial Services report which outlines defendant's criminal history.  He has prior convictions for rape in 1990 and for failing to register as a sex offender in 1996.

(3)    The defendant does not contest detention at this time.

Based upon the foregoing information, which is also consistent with the recommendation of detention by U.S. Pre-trial Services, it appears that there is no condition or combination of conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

**It is therefore ORDERED**:

(l)    The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)    The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER
PAGE -2-

1    (4)    The clerk shall direct copies of this order to counsel for the United

2           States, to counsel for the defendant, to the United States Marshal, and to

3           the United States Pretrial Services Officer.

4    DATED this 4th day of October, 2007.

5

6

7

8    _____

MONICA J. BENTON

9    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER
PAGE -3-