THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR07-358-JLR |
| Plaintiff, | ) | |
| | ) | (~~PROPOSED~~) ORDER GRANTING STIPULATED MOTION TO PERMIT FILING OF AN AMENDED MOTION FOR COMPASSIONATE RELEASE, ~~AND~~ TO SET A BRIEFING SCHEDULE AND ADDITIONAL MATTERS |
| v. | ) | |
| HENRY REDLIGHTNING, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the stipulation of the parties to permit the filing of an amended, counseled motion for compassionate release and to set a new briefing schedule.

This Court now ORDERS that counsel for Mr. Redlightning is permitted to file an amended motion for compassionate release following this new briefing schedule:

Defendant's Amended Motion due August 19, 2021
Government's Response due September 10, 2021
Defendant's Reply due September 17, 2021

DKT #266 and #267 are DENIED as moot.

DATED this 9th day of July 2021.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Henry Redlightning

ORDER TO PERMIT FILING OF AMENDED
MOTION AND TO SET BRIEFING SCHEDULE
(*United States v. Redlightning*, CR07-358-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100